**Appeal Dismissed and Memorandum Opinion filed June 30, 2026.**



In The

# Fifteenth Court of Appeals

———————————

### NO. 15-26-00008-CV

———————————

### REGENE STEWART, Appellant

### V.

### HUDSON HENLEY PROPERTIES PORTFOLIO III LLC, Appellee

**On Appeal from the County Court at Law No 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-25-08250-C**

### MEMORANDUM OPINION

Appellant's brief was due May 4, 2026. On May 20, 2026, we notified Appellant that her brief had not been filed, and that we could dismiss the appeal for want of prosecution unless Appellant filed either a motion for extension of time to file a brief or a brief accompanied by an extension motion, on or before June 1, 2026. We received no response. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), 43.2(f).

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.